# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MICHAEL JUSTIN PARKINS**                                                     **PLAINTIFF**
**ADC #168018**

v.                      **CASE NO. 2:23-CV-00230-BSM**

**DEXTER PAYNE,** *et al.*,                                                     **DEFENDANTS**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 4] is adopted. Michael Parkins's complaint is dismissed without prejudice, this dismissal is a "strike" within the meaning of 28 U.S.C. § 1915(g), and an in forma pauperis appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Parkins may, however, file a claim with the Arkansas State Claims Commission seeking restitution for his allegedly stolen funds. *See Light v. Blackwell*, 472 F. Supp. 333, 336–37 (E.D. Ark. 1979), *aff'd*, 620 F.2d 307 (8th Cir. 1980). The claim form and instructions for submitting claims are available on the Arkansas State Claims Commission website (https://arclaimscommission.arkansas.gov/).

IT IS SO ORDERED this 21st day of December, 2023.

                                                                _____
                                                                 UNITED STATES DISTRICT JUDGE