IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL JUSTIN PARKINS**                                                                 **PLAINTIFF**
**ADC #168018**

v.                      **CASE NO. 2:23-CV-00230-BSM**

**DEXTER PAYNE,** *et al.***,**                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of December, 2023.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE