IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL JUSTIN PARKINS**                                                              **PLAINTIFF**
**ADC #168018**

v.                                    **CASE NO. 2:23-CV-00230-BSM**

**DEXTER PAYNE,** *et al.*,                                                              **DEFENDANTS**

### ORDER

Michael Parkins is directed to refrain from filing anything else in this case because it is closed. To litigate his claim that he has been denied meaningful access to the courts, he must file a new lawsuit. The clerk is directed to refrain from docketing any filings submitted by Parkins in this case.

IT IS SO ORDERED this 28th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE